# BALLON STOLL BADER & NADLER, P.C.

COUNSELLORS AT LAW      FOUNDED 1931

729 SEVENTH AVENUE
17TH FLOOR
NEW YORK, NY 10019-6831
Ph. 212.575.7900
www.ballonstoll.com

MARSHALL B. BELLOVIN
212-575-7900 ext 3270
mbellovin@ballonstoll.com

July 11, 2018

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Sable v. Omnicom and Rodriguez
        Civil Action No. 18-cv-4217 (GHW)
        <u>Our File No. 20692.001</u>

Dear Judge Woods:

We represent the Plaintiff, Jim Sable ("Plaintiff" or "Sable"), in the above-referenced action. Plaintiff respectfully requests, with consent of defense counsel, that the Court adjourn the Initial Scheduling Conference before Your Honor currently scheduled for July 19,2018. I will be out of the state from July 16 through July 24, 2018 and thus unavailable to attend the Conference. Defense Counsel informs me that he will be unavailable during the following dates: July 23 through July 25, 2018 and August 13 through August 24, 2018.

This is the first request for an adjournment of the Initial Scheduling Conference.

Respectfully Submitted,

MARSHALL BELLOVIN (MB5508)
Member of the Firm

Cc:    Guy Cohen, Esq. (via ECF and e-mail)

AFFILIATE OFFICES

Hackensack, NJ • Philadelphia, PA • San Francisco, CA
Dubai, U.A.E. • Moscow, Russia